UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>450 Fifth Street NW, Suite 8000<br>Washington, DC 20530,<br><br>　　　　　　　*Plaintiff,*<br><br>　　v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC.<br>666 Third Avenue, 4th Floor<br>New York, NY 10017,<br><br>and<br><br>CWT HOLDINGS, LLC<br>701 Carlson Parkway<br>Minnetonka, MN 55305,<br>　　　　　　　*Defendants.* | Case No. 1:25-cv-00215 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kenneth B. Schwartz, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action on behalf of Defendant Global Business Travel Group, Inc.

Dated:  New York, New York
　　　　　January 10, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth B. Schwartz*
　　　　　　　　　　　　　　　　　　　　　Kenneth B. Schwartz
　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
　　　　　　　　　　　　　　　　　　　　　One Manhattan West
　　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　　Phone: (212) 735-2731
　　　　　　　　　　　　　　　　　　　　　ken.schwartz@skadden.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Global Business*
　　　　　　　　　　　　　　　　　　　　　*Travel Group, Inc.*