UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>450 Fifth Street NW, Suite 8000<br>Washington, DC 20530,<br><br>    *Plaintiff,*<br><br>  v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC.<br>666 Third Avenue, 4th Floor<br>New York, NY 10017,<br><br>and<br><br>CWT HOLDINGS, LLC<br>701 Carlson Parkway<br>Minnetonka, MN 55305,<br>    *Defendants.* | Case No. 1:25-cv-00215 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Steven C. Sunshine, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and a member of the Bar of this Court, hereby enters his appearance in this action on behalf of Defendant Global Business Travel Group, Inc.

Dated: Washington, D.C.
    January 10, 2025

                <u>*/s/ Steven C. Sunshine*</u>
                Steven C. Sunshine
                SKADDEN, ARPS, SLATE,
                 MEAGHER & FLOM LLP
                1440 New York Avenue, N.W.
                Washington, D.C. 20005
                Phone: (202) 371-7860
                steve.sunshine@skadden.com

                *Attorney for Defendant Global Business Travel Group, Inc.*