**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,

         *Plaintiff,*

   v.

GLOBAL BUSINESS TRAVEL GROUP, INC.

and

CWT HOLDINGS, LLC

         *Defendants.*

---------------------------------------------------------------- X

Case No. 1:25-cv-00215

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Michael L. Weiner, of Steptoe LLP, certifies that he is admitted to practice in this Court, and respectfully enters his appearance as counsel for Defendant Global Business Travel Group, Inc. in the above-captioned action.

Dated: January 10, 2025

         **STEPTOE LLP**

         By:  */s/ Michael L. Weiner*
               Michael L. Weiner
               NY Bar No.: 1724855
               **STEPTOE LLP**
               1114 Avenue of the Americas
               New York, NY 10036
               Tel: (212) 506-3957
               Email: mweiner@steptoe.com

               *Counsel for Defendant*
               *Global Business Travel Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Michael L. Weiner*
Michael L. Weiner