AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00215-PAE |
| Global Business Travel Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/13/2025

/s/ James Moore
*Attorney's signature*

James Moore, DC Bar #1033757
*Printed name and bar number*

450 5th Street NW, Suite 8000
Washington, DC 20530

*Address*

james.moore4@usdoj.gov
*E-mail address*

(202) 805-8413
*Telephone number*

(202) 616-2441
*FAX number*