UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>450 Fifth Street NW, Suite 8000<br>Washington, DC 20530,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC.<br>666 Third Avenue, 4th Floor<br>New York, NY 10017,<br><br>and<br><br>CWT HOLDINGS, LLC<br>701 Carlson Parkway<br>Minnetonka, MN 55305,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-00215-PAE |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Global Business Travel Group, Inc. ("GBTG") hereby certifies that it is non-governmental and that it is a publicly traded entity (NYSE: GBTG).  GBTG has no parent corporation.  American Express Company and Expedia Group, Inc. each beneficially own more than 10% of GBTG's stock.  No other publicly held corporation holds 10% or more of GBTG's stock.

Dated: New York, New York
January 13, 2025

        /s/ Kenneth Schwartz
Kenneth Schwartz
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM
LLP One Manhattan West
New York, New York 10001
Telephone: (212) 735-2731
Facsimile: (917) 777-2731
ken.schwartz@skadden.com

-and-

Steven Sunshine
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
steve.sunshine@skadden.com

*Counsel for Defendant Global Business Travel Group, Inc.*