```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America,

               Plaintiff,

- against -

Global Business Travel Group, Inc., et al.,

               Defendants.

25-cv-0215 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties are directed to meet and confer and endeavor to reach an agreement within two (2) weeks of the date of this Order on any redactions, limitations, or other restrictions that may be placed upon denial of a motion to seal.

**SO ORDERED.**

Dated:    January 28, 2025
           New York, New York

                                              Victor Marrero
                                               U.S.D.J.