AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-00215-VM |
| Global Business Travel Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                          .

Date:      01/29/2025

/s/ John Sullivan
*Attorney's signature*

John Sullivan, California Bar #344576
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

john.sullivan@usdoj.gov
*E-mail address*

(202) 538-1706
*Telephone number*

(202) 616-2441
*FAX number*