AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00215-VM |
| Global Travel Business Group, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                           .

Date:  01/29/2025

/s/ Alyssa Samberg
*Attorney's signature*

Alyssa Samberg, DC Bar # 90009029
*Printed name and bar number*

450 5th Street NW, Suite 8000
Washington, DC 20530
*Address*

alyssa.samberg@usdoj.gov
*E-mail address*

(202) 415-6894
*Telephone number*

(202) 616-2441
*FAX number*