**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>450 Fifth Street NW,<br>Suite 8000 Washington, DC 20530,<br><br><br>*Plaintiff,*<br><br>v.<br><br>GLOBAL BUSINESS TRAVEL GROUP,<br>INC.<br>666 Third Avenue, 4th Floor<br>New York, NY 10017,<br><br>and<br><br>CWT HOLDINGS, LLC<br>701 Carlson Parkway<br>Minnetonka, MN 55305,<br><br>*Defendants.* | Case No. 1:25-cv-00215<br><br><br><br><br><br>**[PROPOSED] ORDER** |

The motion of Hasan S. Siddiqui for admission to practice *pro hac vice* in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of

Columbia, the State of California and the State of New York and that his contact information is:

> Hasan S. Siddiqui
> Paul Hastings LLP
> 2050 M St. NW
> Washington, DC 20036
> (202) 551-1730
> hasansiddiqui@paulhastings.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for

Defendant CWT Holdings, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.

Dated: _____

                                      **_____**
                                        Judge Honorable Victor Marrero
                                        United States District Judge
                                          Southern District of New York