UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>450 Fifth Street NW,<br>Suite 8000 Washington, DC 20530,<br><br>*Plaintiff,*<br><br>v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC.<br>666 Third Avenue, 4th Floor<br>New York, NY 10017,<br><br>and<br><br>CWT HOLDINGS, LLC<br>701 Carlson Parkway<br>Minnetonka, MN 55305,<br><br>*Defendants.* | Case No. 1:25-cv-00215<br><br><br><br>**NOTICE OF DEFENDANTS' MOTION FOR RECONSIDERATION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated January 29, 2025, and the accompanying Declaration of Michael F. Murray, dated January 29, 2025, together with an exhibit thereto, Defendants CWT Holdings, LLC and Global Business Travel Group, Inc. (collectively "Defendants,") respectfully move this Court, before the Honorable Victor Marrero, United States District Judge, United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for reconsideration of the Court's January 24, 2025 Order, (Dkt. No. 19) denying Defendants' request for an expedited case management conference (Dkt. No. 17).

Dated: January 29, 2025                               Respectfully Submitted,

        /s/ *Michael F. Murray*
        Michael F. Murray (*admitted pro hac vice*)
        Ryan P. Phair (*admitted pro hac vice*)
        Paul Hastings LLP
        2050 M St. NW
        Washington, DC 20036
        (202) 551-1730
        michaelmurray@paulhastings.com
        ryanphair@paulhastings.com

*Counsel for Defendant CWT Holdings, LLC*

/s/ *Steven C. Sunshine*
Steven C. Sunshine (Bar No. SS8158)
Julia K. York (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
Email: steve.sunshine@skadden.com
Email: julia.york@skadden.com

Kenneth B. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-2731
Facsimile: (917) 777-2731
Email: ken.schwartz@skadden.com

Michael L. Weiner
Lee F. Berger (pro hac vice pending)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3957
Facsimile: (202) 429-3902
Email: mweiner@steptoe.com

*Counsel for Defendant Global Business Travel Group, Inc.*