UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>450 Fifth Street NW,<br>Suite 8000 Washington, DC 20530,<br><br>*Plaintiff,*<br><br>v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC.<br>666 Third Avenue, 4th Floor<br>New York, NY 10017,<br><br>and<br><br>CWT HOLDINGS, LLC<br>701 Carlson Parkway<br>Minnetonka, MN 55305,<br><br>*Defendants.* | Case No. 1:25-cv-00215<br><br><br>**DECLARATION OF MICHAEL F. MURRAY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 24, 2025 ORDER DENYING DEFENDANTS' LETTER MOTION REQUESTING AN EXPEDITED CASE MANAGEMENT CONFERENCE** |

I, Michael F. Murray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am a partner of the law firm Paul Hastings LLP, and I represent CWT Holdings, LLC ("CWT") in the above-captioned action.

3. I submit this declaration in support of Defendants' Motion For Reconsideration Of The Court's January 24, 2025 Order Denying Defendants' Letter Motion Requesting An Expedited Case Management Conference.

4. Attached as **Exhibit A** is a true and correct copy of a submission that CWT made to the United Kingdom's Competition and Markets Authority ("CMA") on January 23, 2025, in

1

2

connection with the CMA's review of CWT's anticipated acquisition by Global Business Travel Group, Inc. ("GBT").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2025 in Washington, D.C.

Dated: January 29, 2025                    */s/ Michael F. Murray*
                                                            Michael F. Murray

2