February 4, 2025

**VIA ECF**
The Honorable Victor Marrero
United States District Judge
500 Pearl Street, Courtroom 15B
New York, NY 10007

      Re:    <u>United States v. Global Business Travel Group, Inc., et al.</u>, 1:25-cv-00215-VM

Dear Judge Marrero:

      On January 29, 2025, Defendant CWT Holdings, LLC, filed the Declaration of Michael F. Murray in Support of Defendants' Motion for Reconsideration, ECF No. 29. For the reasons explained in the United States' Opposition to Defendants' Motion for Reconsideration (the "Reconsideration Opposition"), the United States believes that the filing of the Murray Declaration, as well as Exhibit A to the Murray Declaration (the "Murray Exhibit"), violated Local Civil Rule 6.3, and accordingly both documents should be stricken. *See* Reconsideration Opposition at 3, 7 n.2. In the alternative, if the Court determines that it will consider the Murray Declaration and the Murray Exhibit, the United States respectfully requests leave, pursuant to Local Civil Rule 6.3, to file the Declaration of Jeffrey Vernon and Exhibits A through K to the Declaration of Jeffrey Vernon.

                                                   Respectfully submitted,

                                                   */s/ Jeffrey Vernon*
                                     Jeffrey G. Vernon
                                   *Lead Trial Counsel*
                                   United States Department of Justice
                                   Antitrust Division
                                   450 Fifth Street NW, Suite 8000
                                   Washington, DC 20530
                                   Telephone: (202) 367-6424
                                   Facsimile: (202) 616-2441
                                   Email: jeffrey.vernon@usdoj.gov

                                   *Counsel for Plaintiff United States of America*