# Exhibit A
# Filed Under Seal

# Exhibit A
# Filed Under Seal

| | |
|---|---|
| **From:** | York, Julia K |
| **To:** | Vernon, Jeffrey (ATR); Siddiqui, Hasan; Moore, James (ATR); Wolin, Michael (ATR); Doidge, Dick (ATR) |
| **Cc:** | Murray, Michael; Phair, Ryan; Lee, Craig; Glazer, Alex; Sunshine, Steven C; Reinhart, Tara L; Schwartz, Ken; Kochman, Adam G; Gentry, Thomas R; Salzer, Benjamin; Berger, Lee; Weiner, Michael |
| **Subject:** | [EXTERNAL] RE: RE: U.S. v. Global Business Travel Group, Inc., No. 1:25-cv-00215 (VM) -- Notice of Filing |
| **Date:** | Thursday, January 30, 2025 11:48:48 AM |
| **Attachments:** | image001.png |

Counsel,

We disagree that Judge Marrero's rules required a meet and confer prior to filing defendants' motion for reconsideration. Instead, Judge Marrero's rules note that if a dispute arises during pretrial proceedings that a motion may be brought "after good faith communication." *See* Judge Marrero's Individual Practices at II.A. We do not understand that to impute a meet and confer requirement in this instance. In any event, the parties met and conferred regarding defendants' request for an expedited case management conference and the trial date at least four times and communicated about these topics via email over the last few weeks, and were unable to reach agreement on these issues. These were good faith communications, and from these communications, it was apparent that plaintiff would not change its position on either the expedited case management conference and trial date. Thus, those conversations, in addition to defendants' email prior to filing their motion alerting plaintiff that the motion was going to be filed, was enough to satisfy the requirements of Judge Marrero's rules. If, of course, you have changed your position and will agree to an expedited initial case management conference and the May trial date that we proposed, please let us know.

As to your second point, this is now a litigation and Defendants have no obligation to produce documents to you sua sponte. You are welcome to seek these materials through proper discovery channels, and once the PO and CMO are entered, we are happy to work with you to provide any responsive documents.

Kind regards,
Julia

**Julia K. York**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
T: +1.202.371.7146  |  F: +1.202.661.9126  |  M: +1.202.361.2404
julia.york@skadden.com

Skadden

---

**From:** Vernon, Jeffrey (ATR) <Jeffrey.Vernon@usdoj.gov>
**Sent:** Thursday, January 30, 2025 9:47 AM
**To:** Siddiqui, Hasan <hasansiddiqui@paulhastings.com>; Vernon, Jeffrey (ATR) <Jeffrey.Vernon@usdoj.gov>; Moore, James (ATR) <James.Moore4@usdoj.gov>; Wolin, Michael (ATR) <Michael.Wolin@usdoj.gov>; Doidge, Dick (ATR) <Dick.Doidge@usdoj.gov>
**Cc:** Murray, Michael <michaelmurray@paulhastings.com>; Phair, Ryan <ryanphair@paulhastings.com>; Lee, Craig <craiglee@paulhastings.com>; Glazer, Alex <alexglazer@paulhastings.com>; Sunshine, Steven C (WAS) <Steve.Sunshine@skadden.com>; Reinhart, Tara L (WAS) <Tara.Reinhart@skadden.com>; York, Julia K (WAS) <Julia.York@skadden.com>; Schwartz, Ken <Ken.Schwartz@skadden.com>; Kochman, Adam G (NYC) <Adam.Kochman@skadden.com>; Gentry, Thomas R (WAS) <Thomas.Gentry@skadden.com>; Salzer, Benjamin (NYC) <Benjamin.Salzer@skadden.com>; Berger, Lee <lberger@steptoe.com>; Weiner, Michael <mweiner@steptoe.com>
**Subject:** [Ext] RE: RE: U.S. v. Global Business Travel Group, Inc., No. 1:25-cv-00215 (VM) -- Notice of Filing

Counsel, we are in receipt of your motion. We would like to raise two points. First, you have not complied with the requirement to meet and confer before filing a motion. *See* Judge Marrero's Individual Practices at 2. Sending us an email at 9:30 PM, two hours before filing, does not comply with the meet-and-confer requirement, particularly given that the court's order has been in place for almost a week, giving you ample time to propose a meet and confer.

Second, your motion relies upon materials that were never provided to us. In particular, we note that your motion relies on a ██████████ in a document titled ██████████████████. You have, as far as I am aware, never provided that document to us, despite the fact that we repeatedly requested ██████████████, both orally and in writing. Please provide all materials cited by Ex. A as soon as possible.

We reserve all rights.

Best,

Jeff

---

**From:** Siddiqui, Hasan <hasansiddiqui@paulhastings.com>
**Sent:** Wednesday, January 29, 2025 9:38 PM
**To:** Vernon, Jeffrey (ATR) <Jeffrey.Vernon@usdoj.gov>; Moore, James (ATR) <James.Moore4@usdoj.gov>; Wolin, Michael (ATR) <Michael.Wolin@usdoj.gov>; Doidge, Dick (ATR) <Dick.Doidge@usdoj.gov>
**Cc:** Murray, Michael <michaelmurray@paulhastings.com>; Phair, Ryan <ryanphair@paulhastings.com>; Lee, Craig <craiglee@paulhastings.com>; Glazer, Alex <alexglazer@paulhastings.com>; Sunshine, Steven C <Steve.Sunshine@skadden.com>; Reinhart, Tara L <Tara.Reinhart@skadden.com>; York, Julia K <Julia.York@skadden.com>; Schwartz, Ken <Ken.Schwartz@skadden.com>; Kochman, Adam G <Adam.Kochman@skadden.com>; Gentry, Thomas R <Thomas.Gentry@skadden.com>; Salzer, Benjamin <Benjamin.Salzer@skadden.com>; Berger, Lee <lberger@steptoe.com>; Weiner, Michael <mweiner@steptoe.com>
**Subject:** [EXTERNAL] RE: U.S. v. Global Business Travel Group, Inc., No. 1:25-cv-00215 (VM) -- Notice of Filing

Counsel,

Defendants are preparing to file a motion for reconsideration of Judge Marrero's order from Friday, January 24, 2025 (Dkt. 19). We assume that you will oppose such a motion, but wanted to let you know about our anticipated filing.


Thanks,
Hasan

---

**Hasan Siddiqui | Associate**
Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036 | Direct: +1.202.551.1972 | Main: +1.202.551.1700 | Fax: +1.202.551.0472 | hasansiddiqui@paulhastings.com |
www.paulhastings.com

******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================