```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               Plaintiff,

  - against -

GLOBAL BUSINESS TRAVEL GROUP, INC. and CWT HOLDINGS, LLC,

               Defendants.

**25 Cv. 215 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties are directed to submit a joint letter no later than February 19, 2025, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    13 February 2025
            New York, New York

                                          _____
                                          Victor Marrero
                                          U.S.D.J.