AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00215-VM |
| Global Business Travel Group, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 02/20/2025

/s/ Michael Rosengart
*Attorney's signature*

Michael Rosengart (N.Y. Bar #5696117)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
*Address*

michael.rosengart@usdoj.gov
*E-mail address*

(202) 538-1705
*Telephone number*

(202) 616-8544
*FAX number*