```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

GLOBAL BUSINESS TRAVEL GROUP, INC. and CWT HOLDINGS, LLC,

                Defendants.

---

25-CV-0215 (VM)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute: * <u>Proposed Case Management Plan: Allocation of deposition time for cross-noticed third-party witnesses. Whether each party requires 30 pages for its pretrial memorandum given the Court's 15-page limit in its Trial Procedures for bench trials.</u> | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Settlement* | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | _____ |
| | | __ | All such motions: |

* Do not check if already referred for general pretrial.

---

**SO ORDERED.**

Dated:  February 21, 2025
         New York, New York

                                                                       VICTOR MARRERO
                                                                       U.S.D.J.