**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025
```

UNITED STATES OF AMERICA,

               Plaintiff,

    - against -

GLOBAL BUSINESS TRAVEL GROUP, INC. and CWT HOLDINGS, LLC,

               Defendants.

**25 Cv. 215 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On February 19, 2025, the parties submitted a proposed Civil Case Management Plan and Scheduling Order ("Proposed CMP"). (See Dkt. No. 52.) On February 21, 2025, this Court referred two issues related to the Proposed CMP to Magistrate Judge Stein, the designated Magistrate Judge in this action: (1) a dispute over the allocation of time at depositions for certain non-party witnesses, and (2) a joint request for additional pages for the parties' pretrial memoranda. (See Dkt. No. 57.) On February 25, 2025, Magistrate Judge Stein resolved both issues, directing the parties to revise Paragraph 7.H of the Proposed CMP to adopt "Defendants' Position" regarding the allocation of deposition time for certain non-party witnesses and granting the parties' request for additional pages for their pretrial memoranda. (See Dkt. No. 59.)

Magistrate Judge Stein also noted that the parties' proposal to defer submission of proposed findings of fact and conclusions of law until after trial is a departure from Rule 1.A.4 of this Court's Trial Procedures but did not rule on this variance given the narrow scope of the referral order. (Id. at 8.) The Court now directs the parties to revise the Proposed CMP to comply with Rule 1.A.4 of the Court's Trial Procedures, except on the issue of pages for pretrial memoranda, which has already been addressed by Magistrate Judge Stein. (See id. at 7-8.) The parties shall submit the revised Proposed CMP within five (5) days of this Order.

**SO ORDERED.**

Dated:   28 February 2025
         New York, New York

Victor Marrero
U.S.D.J.