**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025
```

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

GLOBAL BUSINESS TRAVEL GROUP, INC. and CWT HOLDINGS, LLC,

                Defendants.

**25 Cv. 215 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Due to changes in the Court's trial calendar, the Court is now available for an earlier trial date in this matter. The trial is currently scheduled for September 8, 2025. Given Defendants' request for an earlier trial date, the Court directs the parties to indicate whether an earlier trial date of July 28, 2025, or August 4, 2025, would be feasible in this matter given the condensed discovery schedule. The parties shall provide a joint response to this Order by March 31, 2025.

**SO ORDERED.**

Dated:    27 March 2025
            New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.