UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

GLOBAL BUSINESS TRAVEL GROUP, INC. and CWT HOLDINGS, LLC,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025

**25 Cv. 215 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon careful consideration of the parties' submissions, the Court will not alter the trial date in this matter. The trial will begin on September 8, 2025, as originally scheduled.

**SO ORDERED.**

Dated:    1 April 2025
            New York, New York

                                      _____
                                      Victor Marrero
                                      U.S.D.J.