UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,            25 Civ. No. 00215 (VM) (GS)

        -against-                 **VIDEO CONFERENCE ORDER**

GLOBAL BUSINESS TRAVEL
GROUP, INC. and CWT HOLDINGS,
LLC,

                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Tuesday, April 22, 2025 at 11:00 a.m.** with respect to Plaintiff's Letter-Motion at Docket No. 82.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: [Click here to join the meeting now.] **[Meeting ID: 223 210 415 707 1]  [Passcode: nZ6Jv72H]**

       SO ORDERED.

DATED:    April 18, 2025
               New York, New York

                                                         _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge