**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

      -against-

GLOBAL BUSINESS TRAVEL
GROUP, INC, *et al.*,

                    Defendants.

**25 Civ. No. 0215 (VM) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Discovery Conference on **Friday, June 6, 2025 at 2:00 p.m.**, with respect to the discovery dispute described in the government's letter of May 29, 2025 (Dkt. No. 102). Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 280 502 966 481 1] [Passcode: Uf3xc3Xj]**.

      SO ORDERED.

DATED:    New York, New York
              May 30, 2025

                                                _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge