UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :
                                              :
                              Plaintiff,      :        **25 Civ. 215 (VM) (GS)**
                                              :
              - against -                     :        **ORDER**
                                              :
GLOBAL BUSINESS TRAVEL GROUP,                 :
INC. and CWT HOLDINGS, LLC,                   :                                    :
                                              :
                              Defendants.     :
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

"As a general matter, it is commonplace for a court to review <u>in camera</u> the subpoenaed documents as to which an assertion of privilege has been raised in order to see whether the privilege has been properly asserted.  Indeed, the Supreme Court has expressly endorsed such a practice."  *Meyer v. Kalanick*, No. 15 Civ. 9796, 2016 WL 3189961, at *3 (S.D.N.Y. June 7, 2016) (emphasis in original) (citing *United States v. Zolin*, 491 U.S. 554, 569 (1989)).

The Court directs GBT to submit for *in camera* review the documents which are the subject of United States' Letter Motion to Compel (Dkt. No. 155) in conjunction with its letter brief by no later than close of business (5 p.m.) on Thursday, June 5, 2025, pursuant to the Court's May 29, 2025 Order (Dkt. No. 103).

**SO ORDERED.**

DATED:   New York, New York
         June 3, 2025

                                              _____
                                              GARY STEIN
                                              United States Magistrate Judge

1