AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00215-JSR-GS |
| Global Business Travel Group, Inc., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 06/24/2025

s/ Henry C. Su
*Attorney's signature*

Henry C. Su, DC Bar No. 441271
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 5th Street, NW
Washington, DC 20530
*Address*

henry.su@usdoj.gov
*E-mail address*

(202) 705-6338
*Telephone number*

*FAX number*