UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA,                              :     25 Civ. 215 (JSR) (GS)
:
                              Plaintiff,               :     ORDER
:
             - against -                               :
:
GLOBAL BUSINESS TRAVEL GROUP,                          :
INC. AND CWT HOLDINGS, LLC,                            :
:
                              Defendants.              :
:
-------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

      Pursuant to the Court's June 18, 2025 Order (Dkt. No. 115), the parties jointly submitted a Letter on June 30, 2025 (Dkt. No. 125), indicating that they met and conferred and reached an agreement on the redacted filings related to the United States's June 2, 2025 Letter Motion to Compel (Dkt. No. 105), inclusive of the Letter Motion itself. (*See* Dkt. Nos. 105, 107, 108, 109, 113, 114). The parties' June 30 Letter included a list of proposed redactions in an appendix (*see* Dkt. No. 125 at 5-7), and they submitted to the Court, via email, redacted versions of the relevant filings in accordance with their proposal.

      The Court has reviewed the proposed redactions and determined that they are warranted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, for the reasons identified by the parties concerning competitive harm, threats to commercial interests and potential breach of attorney-client privilege. (*See* Dkt. No. 125 at 1). The Court agrees that the parties have

1

proposed "narrowly tailored redactions and targeted sealing of privileged exhibits" in a manner which fairly balances the presumption of public access against the relevant considerations identified by the parties. (*Id.*).

Accordingly, the parties are directed to file redacted versions of the relevant filings (*see* Dkt. Nos. 105, 108, 109) in accordance with their June 30 proposal (Dkt. No. 125 at 5-7) and reflecting the parties' email submissions to the Court pursuant to the Court's June 18, 2025 Order (Dkt. No. 115).

The Clerk of Court is respectfully directed to unseal Docket Nos. 107, 113 and 114, as the parties agree that no redactions to these documents are warranted (Dkt. No. 125 at 1).

**SO ORDERED.**

DATED:    New York, New York
          July 15, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge