UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC., and CWT HOLDINGS, LLC,<br><br>　　　　　　*Defendants*. | Civil Action No.: 1:25-cv-00215-JSR-GS |

**STIPULATION OF DISMISSAL**

In the exercise of its prosecutorial discretion and pursuant to FRCP 41(a)(1)(A)(ii), the United States of America voluntarily dismisses without prejudice the claims asserted in this action against Defendants. Defendants stipulate to dismissal of these claims.

Dated July 29, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey Vernon*<br>Jeffrey G. Vernon<br>United States Department of Justice<br>Antitrust Division<br>450 Fifth Street NW, Suite 8000<br>Washington, DC 20530<br>Telephone: (202) 367-6424<br>Facsimile: (202) 616-2441<br>Email: jeffrey.vernon@usdoj.gov<br><br>*Counsel for Plaintiff United States of America* | */s/ Steven Sunshine*<br>Steven C. Sunshine<br>Julia K. York (*pro hac vice*)<br>Tara L. Reinhart (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>1440 New York Avenue N.W.<br>Washington, DC 20005<br>Telephone: (202) 371-7860<br>Facsimile: (202) 661-0560<br>Email: steve.sunshine@skadden.com<br>Email: julia.york@skadden.com<br>Email:  tara.reinhart@skadden.com |

Kenneth B. Schwartz
Michael H. Menitove
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-2731
Facsimile: (917) 777-2731
Email: ken.schwartz@skadden.com
Email:  michael.menitove@skadden.com

Michael L. Weiner
Lee F. Berger (*pro hac vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3957
Facsimile: (202) 429-3902
Email: mweiner@steptoe.com

*Counsel for Global Business Travel Group, Inc.*

  /s/ Michael Murray
Michael F. Murray
Ryan Phair
Craig Lee
PAUL HASTINGS LLP
2050 M St. NW
Washington, DC 20036
Telephone: (202) 551-1730
Facsimile: (202) 551-0230
Email: michaelmurray@paulhastings.com
Email: ryanphair@paulhastings.com
Email: craiglee@paulhastings.com

*Counsel for CWT Holdings, LLC*