UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             *Plaintiff*,<br><br>v.<br><br>GLOBAL BUSINESS TRAVEL GROUP, INC., and CWT HOLDINGS, LLC,<br><br>             *Defendants*. | Civil Action No.: 1:25-cv-00215-JSR-GS |

## **STIPULATION OF DISMISSAL**

In the exercise of its prosecutorial discretion and pursuant to FRCP 41(a)(1)(A)(ii), the United States of America voluntarily dismisses without prejudice the claims asserted in this action against Defendants. Defendants stipulate to dismissal of these claims.

Dated July 30, 2025

Respectfully submitted,

_____
Jeffrey G. Vernon
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Telephone: (202) 367-6424
Facsimile: (202) 616-2441
Email: jeffrey.vernon@usdoj.gov

*Counsel for Plaintiff United States of America*

/s/ Steven C. Sunshine
Steven C. Sunshine
Julia K. York (*pro hac vice*)
Tara L. Reinhart (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, DC 20005
Telephone: (202) 371-7860
Facsimile: (202) 661-0560
Email: steve.sunshine@skadden.com
Email: julia.york@skadden.com
Email: tara.reinhart@skadden.com

Kenneth B. Schwartz
Michael H. Menitove
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-2731
Facsimile: (917) 777-2731
Email: ken.schwartz@skadden.com
Email: michael.menitove@skadden.com

Michael L. Weiner
Lee F. Berger (*pro hac vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3957
Facsimile: (202) 429-3902
Email: mweiner@steptoe.com

*Counsel for Global Business Travel Group, Inc.*

_____
Michael F. Murray
Ryan Phair
Craig Lee
PAUL HASTINGS LLP
2050 M St. NW
Washington, DC 20036
Telephone: (202) 551-1730
Facsimile: (202) 551-0230
Email: michaelmurray@paulhastings.com
Email: ryanphair@paulhastings.com
Email: craiglee@paulhastings.com

*Counsel for CWT Holdings, LLC*